IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LUIS GONZALO PILA YUPANGUI    :       CIVIL ACTION

                           :

        v.                    :

                           :

JOHN RIFE, in his official capacity as ICE   :
Field Office Director, ET AL.         :        NO. 26-3337

## ORDER

**AND NOW**, this 25th day of June, 2026, the Government having certified its compliance with Paragraph 3 of our Order dated May 21, 2026, and Petitioner having failed to file a timely motion for fees and costs pursuant to the Equal Access to Justice Act as permitted in Paragraph 6 that Order, **IT IS HEREBY ORDERED** that the Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ John R. Padova, J.

_____

John R. Padova, J.